```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDGAR OMAR KELLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00344-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| EDGAR OMAR KELLER, ) | Date: September 27, 2007 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England, |
| ) | Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant EDGAR OMAR KELLER, that the Status Conference hearing date of September 13, 2007, is vacated and a new Status Conference hearing date of September 27, 2007, at 9:00 a.m. is hereby set.

This continuance is requested because counsel for defendant needs additional time to discuss resolution of this case with her client.

///

///

1    It is further stipulated that the period from September 13, 2007,
2 through and including September 27, 2007, should be excluded pursuant
3 to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity
4 of counsel and defense preparation.

5 Dated:  September 12, 2007         Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                      /s/ Mary M. French
                                     MARY M. FRENCH
                                     Supervising Assistant
                                     Federal Defender
                                     Attorney for Defendant
                                     EDGAR OMAR KELLER


Dated:  September 12, 2007           MCGREGOR W. SCOTT
                                     United States Attorney


                                     /s/  Mary M. French for
                                          Kyle Reardon
                                     _____
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     per telephonic authorization



IT IS SO ORDERED.

 Dated: September 12, 2007

                                     _____
                                     MORRISON C. ENGLAND, JR.
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Order               -2-