McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDGAR OMAR KELLER,<br>　aka Edgar Omar Keller-Canal,<br>　aka Edgar Keller,<br><br>　　　　Defendant. | No. 2:07-cr-00344-MCE<br><br>Order Dismissing Indictment |

　　　The parties appeared before the Court on Thursday, October 11, 2007, at 9:00 a.m.. At that time, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Assistant United States Attorney Kyle Reardon, made an oral motion to dismiss the indictment filed on August 9, 2007, in CR. No. S-07-0344 MCE. The defendant did not oppose this motion. The Court granted the Government's motion.

　　　After a thorough evaluation of the facts and evidence in this case, it appears as if the defendant was found by immigration authorities in February 2007 in the Southern District of California following his return to the United States.

There is no evidence indicating that the defendant was ever in the Eastern District of California prior to this date.  As a result, venue in the Eastern District is not proper as the defendant's crime ended at the time he was found and there is no evidence that he committed any part of his ongoing crime of illegal reentry in the Eastern District prior to being found.  <u>See</u> <u>United States v. Hernandez</u>, 189 F.3d 785, 791 (9th Cir. 1999).

    IT IS SO ORDERED.

Dated: October 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE